IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PETE MCNEIL,**

      **Plaintiff,**

**vs.**                                  **CASE NO. 4:11cv206/RS-WCS**

**CHARLES DUNHAM and JORDAN**
**CARRIERS, INC.,**

      **Defendant.**

_____

## ORDER

Pursuant to N.D. Fla. Loc. R. 3.1(A), the trial scheduled for November 14, 2011, will be conducted in the Panama City Division to preserve judicial resources. The Pretrial Order (Doc. 16) is amended to that extent.

**ORDERED** on September 12, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**